UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

India Wymes,

        Plaintiff(s),

v.                                 Case No. 2:15−cv−10579−SFC−RSW
                                     Hon. Sean F. Cox

William Alexander,

        Defendant(s).

### NOTICE OF REMAND

TO:  OAKLAND COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan 48226
        (313) 234−5005

### Certification

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                DAVID J. WEAVER, CLERK OF COURT

                                By: s/ D. Peruski
                                Deputy Clerk

Dated:  February 18, 2015